**Youssouf DIOUBATE, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 07–2197.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 19, 2008.

Decided: Oct. 15, 2008.

Fatai A. Suleman, Amity, Kum & Suleman, P.A., Greenbelt, Maryland, for Peti-

---

**336**

tioner. Gregory G. Katsas, Acting Assistant Attorney General, Michelle Gorden Latour, Assistant Director, Jessica E. Sherman, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Youssouf Dioubate, a native and citizen of Guinea, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his second motion to reopen as untimely and numerically barred. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion. *See* 8 C.F.R. § 1003.2(a) (2008). To the extent that Dioubate claims that the time limitation should have been equitably tolled on the ground that he received ineffective assistance of counsel, we find this claim foreclosed in light of our recent holding in *Afanwi v. Mukasey,* 526 F.3d 788, 796–99 (4th Cir.2008) (holding that there is no constitutional right under the Fifth Amendment to effective assistance of counsel in removal proceedings). Accordingly, we deny the petition for review. We deny Dioubate's motion for leave to file supplemental materials. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*